UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

DONALD A. GRAY,

        Defendant.
_____/

Case No. 1:06-mc-50

Hon. Richard Alan Enslen

**ORDER OF REFERENCE**

    **IT IS HEREBY ORDERED** that the Petition to Enforce Internal Revenue Summons is referred to Magistrate Judge Ellen S. Carmody, 410 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. Section § 636(c) and Fed.R.Civ.P. 73.

Dated in Kalamazoo:
March 13, 2006

    /s/ Richard Alan Enslen
Richard Alan Enslen
Senior United States District Court